# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vance, Sarah S. | United States District Court | 07/22/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

500 Poydras Street
Room C-255
New Orleans, Louisiana 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | New Orleans Chapter Federal Bar Association |
| 2. | Board Member | Tulane Law Institute National Advisory Board |
| 3. | Adjunct Faculty | Tulane Law School |
| 4. | Board Member | Tulane Law School -- Dean's Advisory Board |
| 5. | Executor | Estate # 1 |
| 6. | Council Member | American Law Institute |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Jones, Walker, Waechter, Poitevent, Carrere & Denegre - income from law practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 2. | --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 3. | --Putnam International Equity FD CL A - Exchanged for: | | | | | | | | | |
| 4. | ----Putnam International Equity CL Y A | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 5. | --Columbia Marsico Focused Eq A (NFEAX) - Exchanged for: | | | | | | | | | |
| 6. | ----Columbia Marsico Focused Eq CLZ A | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 7. | --Lord Abbett Global FD EQ SR CL A - Exchanged for: | | | | | | | | | |
| 8. | ----Lord Abbett Allocation FD CL F A | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 9. | --Davis NY Venture FD A - Exchanged for: | | | | | | | | | |
| 10. | ----Davis NY Venture CL Y A | A | Dividend | | | Sold | 03/26/13 | J | B | |
| 11. | | | | | | | | | | |
| 12. | IRRA #2, Rollover Merrill Lynch (H): | | | | | | | | | See note in Part VIII. |
| 13. | --Merrill Lynch USA Rasp / Cash | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 14. | --Oppenheimer Global Opp FD SBI | A | Dividend | | | Sold | 03/26/13 | L | D | |
| 15. | --Munder Small Cap Value CL B | A | Dividend | | | Sold | 03/26/13 | L | A | |
| 16. | --Blackrock Value Opport Fund Inc B | A | Dividend | | | Sold | 03/26/13 | K | A | |
| 17. | --Massachusetts Investors Growth Stock FD CL A | A | Dividend | | | Sold | 03/26/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --ING International Small Cap Multimanager FD CL A | A | Dividend | | | Sold | 03/26/13 | K | A | |
| 19. --Blackrock Capital Appreciation FD INC A | A | Dividend | | | Sold | 03/26/13 | K | A | |
| 20. --Gabelli Equity Income FD CL A (GCAEX) | A | Dividend | | | Sold | 03/26/13 | L | D | |
| 21. --MFS International New Discovery FD CL A (MIDAX) | A | Dividend | | | Sold | 03/26/13 | K | C | |
| 22. --Oppenheimer Developing Markets FD CL A (ODMAX) | A | Dividend | | | Sold | 03/26/13 | K | A | |
| 23. --Wells Fargo ADV Premium Large Comp Growth CL A (EKJAX) | A | Dividend | | | Sold | 03/26/13 | L | D | |
| 24. --iShares MSCI EAFE Index (EFA) | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 25. | | | | | Sold | 07/11/13 | K | | |
| 26. | | | | | Buy | 11/25/13 | J | | |
| 27. --iShares iBoxx $ Invt Grade Corp BD Fund (LQD) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 28. | | | | | Sold | 07/11/13 | J | | |
| 29. --iShare Barlcys 20+ Yr Treas Index Fund (TLT) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 30. | | | | | Sold | 07/11/13 | J | | |
| 31. --iShares MSCI Emerging Mkts Index FD (EEM) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 32. | | | | | Sold | 06/07/13 | J | A | |
| 33. --iShares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 34. | | | | | Buy (add'l) | 07/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 36. | | | | | Sold | 07/11/13 | J | A | |
| 37. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | | | Buy | 03/20/13 | K | | |
| 38. | | | | | Sold | 07/11/13 | J | A | |
| 39. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 40. | | | | | Buy | 07/11/13 | J | | |
| 41. | | | | | Sold | 07/11/13 | J | A | |
| 42. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 43. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 44. | | | | | Sold | 07/11/13 | J | | |
| 45. --Vanguard Small CAP Growth ETF (VBK) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 46. | | | | | Sold | 07/11/13 | J | | |
| 47. --Vanguard Value ETF (VTV) | B | Dividend | | | Buy | 03/26/13 | M | | |
| 48. | | | | | Sold | 07/11/13 | J | A | |
| 49. ----Vanguard Growth ETF (VUG) | B | Dividend | | | Buy | 03/26/13 | M | | |
| 50. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 51. | | | | | Sold | 11/25/13 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Buy | 03/20/13 | K | | |
| 53. | | | | | Sold | 07/11/13 | J | A | |
| 54. --Vanguard Short Term Bond (BSV) | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 55. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 56. --Maarket Vectors EMRG MKTS Local Currenty Debt ETF (EMLC) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 57. | | | | | Sold | 07/11/13 | J | A | |
| 58. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 59. | | | | | Sold | 07/11/13 | J | A | |
| 60. --Powershares Preferred Portfolio (PGX) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 61. | | | | | Sold | 07/11/13 | J | A | |
| 62. --Emerging Global Shares (ECON) | A | Dividend | | | Buy | 06/07/13 | J | | |
| 63. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 64. | | | | | Sold | 11/25/13 | J | A | |
| 65. --iShares INC CORE MSCI (IEMG) | A | Dividend | | | Buy | 06/07/13 | J | | |
| 66. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 67. | | | | | Sold | 11/25/13 | J | A | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA #3, Merrill Lynch New Orleans (H): | | | | | | | | | |
| 70. --Merrill Lynch Retirement Reserves / Cash | A | Dividend | J | T | | | | | |
| 71. --ML Bank USA Rasp | A | Dividend | J | T | | | | | |
| 72. --Lord Abbett Developing Growth FD CL A - Exchanged for: | | | | | | | | | |
| 73. ----Lord Abbett Developing Growth FD CL F A | A | Dividend | | | Sold | 03/26/13 | J | B | |
| 74. --Davis NY Venture FD A - Exchanged for: | | | | | | | | | |
| 75. ----Davis NY Venture FD CL Y A | A | Dividend | | | Sold | 03/26/13 | J | B | |
| 76. --Putnam International Equity FD CL A - Exchanged for: | | | | | | | | | |
| 77. ----Putnam International Equity FD CL A | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 78. --Columbia Marsico Focused Eq A (NFEAX) - Exchanged for: | A | Dividend | | | | | | | |
| 79. ----Columbia Marsico Focused Eq CLZ A | A | Dividend | | | Sold | 03/26/13 | J | A | |
| 80. --iShares MSCI EAFE Index fund (EFA) | B | Dividend | L | T | Buy | 03/26/13 | L | | |
| 81. | | | | | Sold | 07/11/13 | L | | |
| 82. | | | | | Buy | 11/25/13 | J | | |
| 83. --iShares iBoxx $ INVT Grade Corp BD Fund (LQD) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 84. | | | | | Sold | 07/11/13 | J | A | |
| 85. --iShare Barclays 20+ YR TREAS Index Fund (TLT) | A | Dividend | | | Buy | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/11/13 | J | A | |
| 87. --iShares MSCI Emerging MKTS Index FD (EEM) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 88. | | | | | Sold | 06/07/13 | J | A | |
| 89. --ishares Barclays TIPS BO Protected SECS FD (TIP) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 90. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 91. --iShares Barclays 3-7 YEA TRSY BD FD (IEI) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 92. | | | | | Sold | 07/11/13 | J | A | |
| 93. --iShares Barclays MBS BON Fund (MBB) | A | Dividend | | | Buy | 03/26/13 | L | | |
| 94. | | | | | Sold | 07/11/13 | J | A | |
| 95. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 96. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 97. | | | | | Sold | 07/11/13 | J | A | |
| 98. --SPDR Barclays High Yield Bond ETF (JNK) | B | Dividend | K | T | Buy | 03/26/13 | K | | |
| 99. --Vanguard Small Cap Value ETF (VBR) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 100. | | | | | Sold | 07/11/13 | J | | |
| 101. --Vanguard Small Cap Growth ETF (VBK) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 102. | | | | | Sold | 07/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Vanguard Value ETF (VTV) | C | Dividend | | | Buy | 03/26/13 | M | | |
| 104. | | | | | Sold | 07/11/13 | J | A | |
| 105. --Vanguard Growth ETF (VUG) | C | Dividend | | | Buy | 03/26/13 | M | | |
| 106. | | | | | Sold (part) | 07/11/13 | J | | |
| 107. | | | | | Sold | 11/25/13 | J | B | |
| 108. --Vanguard Intermediate Term Bond ETF (BIV) | B | Dividend | | | Buy | 03/26/13 | L | | |
| 109. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 110. | | | | | Sold | 07/11/13 | K | A | |
| 111. --Vanguard Short Term Bond (BSV) | A | Dividend | L | T | Buy | 03/26/13 | K | | |
| 112. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 113. --Market Vectors EMRG MKTS Local Currency DEBT ETF (EMLC) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 114. | | | | | Sold | 07/11/13 | J | A | |
| 115. --Powershares Global Exchange traded FD TR (PCY) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 116. | | | | | Sold | 07/11/13 | J | A | |
| 117. --Powershares Preferred Portfolio (PGX) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 118. | | | | | Sold | 07/11/13 | J | A | |
| 119. --Emerging Global Shares (ECON) | A | Dividend | | | Buy | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 121. | | | | | Sold | 11/25/13 | J | A | |
| 122. --iShares INC CORE MSCI (IEMG) | A | Dividend | | | Buy | 06/07/13 | J | | |
| 123. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 124. | | | | | Sold | 11/25/13 | J | A | |
| 125. | | | | | | | | | |
| 126. Profit Sharing Retirement Plan - Fidelity Invest. Account (H) | | | | | | | | | |
| 127. --Ret Gov't (Money Market Fund) | A | Dividend | J | T | Sold (part) | 01/24/13 | J | A | |
| 128. | | | | | Buy | 07/17/13 | K | | |
| 129. | | | | | Buy (add'l) | 09/16/13 | J | | |
| 130. | | | | | Buy (add'l) | 12/18/13 | J | | |
| 131. --Fidelity Growth Company K (FGCKX) | E | Dividend | N | T | | | | | |
| 132. --Harbor Intl Inst (HAINX) | C | Dividend | M | T | | | | | |
| 133. --Fidelity Emerging Mkts K (FKEMX) | A | Dividend | J | T | | | | | |
| 134. --Spartan US Bond Index Fund (FXSTX) | D | Dividend | N | T | | | | | |
| 135. --Goldman Sachs Small Cap Value Class A | E | Dividend | N | T | | | | | |
| 136. --Lazard Emerging Mkts Institutional | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Fidelity Cash Reserves | A | Int./Div. | K | T | Sold (part) | 01/25/13 | K | A | |
| 138. | | | | | Buy | 07/18/13 | K | | |
| 139. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 140.  --Vanguard INFL PROT SEC | A | Dividend | | | Buy | 01/24/13 | J | | |
| 141. | | | | | Sold | 02/14/13 | M | | |
| 142.  --Gabelli Equity Income CL A | D | Dividend | N | T | | | | | |
| 143.  --Pimco Income Fund CL DT | B | Dividend | K | T | Buy | 01/25/13 | K | | |
| 144.  --Vanguard Inflation PROT ADM (VAIPX) | C | Dividend | M | T | Buy | 02/14/13 | M | | |
| 145. | | | | | | | | | |
| 146. Cash Management Account, Merrill Lynch (H): | | | | | | | | | |
| 147.  --Cash / CMA Money Fund | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 148.  --Eaton Vance Tax Div Inc. | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 149.  --Eaton Vance TX-AD GL Div Global Dividend Inc FD | B | Dividend | | | Sold | 04/05/13 | K | A | |
| 150.  --NFJ Div Int Prem Strat and Premium Strategy FD | A | Dividend | | | Sold | 04/05/13 | J | A | |
| 151.  --Blackrock Global Allocation FD INC C | A | Dividend | K | T | Buy | 04/05/13 | K | | |
| 152. | | | | | | | | | |
| 153. ▓▓▓ Trust, Merrill Lynch (H): | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Cash / CMA Money Fund | A | Interest | J | T | | | | | |
| 155. --Columbia Marsico Focused Eq A (NFEAX) | A | Dividend | J | T | | | | | |
| 156. --Lord Abbett Developing Growth Fund CL A | A | Dividend | J | T | | | | | |
| 157. --Putnam International Equity Fund CL A | A | Dividend | J | T | | | | | |
| 158. --Davis NY Venture FD A | A | Dividend | J | T | | | | | |
| 159. | | | | | | | | | |
| 160. IRRA #4, Rollover Merrill Lynch (H): | | | | | | | | | |
| 161. --Cash | A | Dividend | | | Sold | 03/21/13 | J | A | |
| 162. --Retirement Reserves CL I | A | Dividend | | | Sold | 03/21/13 | J | A | |
| 163. --Eaton Vance Floating Rate CL | A | Dividend | | | Buy | 02/21/13 | K | | |
| 164. | | | | | Sold | 03/21/13 | K | A | |
| 165. --Guggenheim Mid Cap Value Fund CL I (SVUIX) | A | Dividend | | | Sold | 03/21/13 | K | C | |
| 166. --PIMCO Real Return Fund CLP (PRLPX) | B | Dividend | | | Sold | 03/21/13 | K | C | |
| 167. --Mainstay Large Cap (MLAIX) | A | Dividend | | | Sold | 03/21/13 | L | D | |
| 168. --Ivy Asset Strategy Fund CL I (IVAEX) | A | Dividend | | | Sold | 03/21/13 | K | D | |
| 169. --MFS Value FD CL I | B | Dividend | | | Sold | 03/21/13 | L | E | |
| 170. --Oppenheimer Gold and Special Minerals Fund (OGMYX) | A | Dividend | | | Buy | 02/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 03/21/13 | K | A | |
| 172. --Allianz NFJ Dividend Value FDCL P (ADJPX) | B | Dividend | | | Sold | 03/21/13 | L | D | |
| 173. --Oppenheimer Rising Dividends Fund CL Y (OYRDX) | A | Dividend | | | Sold | 03/21/13 | L | E | |
| 174. --Prudential Short Term Corporate Bond FD INC Z (PIFZX) | A | Dividend | | | Sold | 03/21/13 | K | A | |
| 175. --Allianz NFJ International Fund (AFVPX) | A | Dividend | | | Sold | 03/21/13 | K | A | |
| 176. --Wells Fargo Adv Government SEC FD ADM CL (WGSDX) | A | Dividend | | | Sold | 02/21/13 | K | A | |
| 177. -- Permanen Portfolio Fund (PRPFX) | A | Dividend | | | Buy | 02/21/13 | K | | |
| 178. | | | | | Sold | 03/21/13 | K | A | |
| 179. --Blackrock Eqty Dividend Fund Instl (MADVX) | A | Dividend | | | Sold | 03/21/13 | L | C | |
| 180. | | | | | | | | | |
| 181. Checking and Money Market Accounts, J.P. Morgan | B | Interest | K | T | | | | | |
| 182. | | | | | | | | | |
| 183. Judicial & Justice Federal Credit Union | A | Interest | J | T | | | | | |
| 184. | | | | | | | | | |
| 185. Estate #1 | G | Int./Div. | J | T | | | | | |
| 186. --Real Estate: Donaldsonville, Louisiana | | | | | Sold | 05/10/13 | M | | Mr. & Mrs. Terry Duga |
| 187. --Hancock HLDG Co (HBHC) | | | | | Distributed | 03/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Columbia Tax-Exempt A (COLTX) | | | | | Distributed | 03/08/13 | M | | |
| 189. --EV National Income A (EANAX) | | | | | Distributed | 03/08/13 | M | | |
| 190. --INVESCO Muni Income A (VKMMX) | | | | | Distributed | 03/08/13 | M | | |
| 191. --EV Large Cap Value I (EILVX) | | | | | Sold | 03/08/13 | J | | |
| 192. --Harbor International Int (HINX) | | | | | Sold | 03/08/13 | J | | |
| 193. --Henderson Intl Opport I (HFOIX) | | | | | Sold | 03/08/13 | J | | |
| 194. --Ivy Global Natural Resources I (IGNIX) | | | | | Sold | 03/08/13 | J | | |
| 195. --Janus Forty I (JCAPX) | | | | | Sold | 03/08/13 | J | | |
| 196. --Lazard Emerging Markets I (LZEMX) | | | | | Sold | 03/18/13 | J | | |
| 197. --Mainstay Large Cap Grw I (MLAIX) | | | | | Sold | 03/18/13 | J | | |
| 198. --MFS Value I (MEIIX) | | | | | Sold | 03/18/13 | J | | |
| 199. --Morgan Stanley Money Market Account | | | | | | | | | |
| 200. --Whitney Bank Account | | | | | Closed | 09/19/13 | N | | |
| 201. --Capital One Bank Accounts | | | | | Closed | 02/22/13 | M | | |
| 202. | | | | | | | | | |
| 203. Morgan Stanley Bank, N.A. (H)(X): | A | Interest | M | T | | | | | |
| 204. --Hancock Holding Co. (HBHC) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Columnbia Tax Exempt A (COLTX) (X) | B | Dividend | K | T | | | | | |
| 206. --EV National Muni Income A (EANAX) (X) | C | Dividend | L | T | | | | | |
| 207. --INVESCO Muni Income A (VKMMX) (X) | B | Dividend | K | T | | | | | |
| 208. --iShares INC Core MSCI Emerging MKTS ETF (IEMG) | A | Dividend | | | Buy | 06/04/13 | J | | |
| 209. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 210. | | | | | Sold | 11/25/13 | J | A | |
| 211. --Vanguard Small Cap Growth ETF | A | Dividend | | | Buy | 03/26/13 | J | | |
| 212. | | | | | Sold | 07/11/13 | J | A | |
| 213. --Vanguard Value ETF (VTV) | A | Dividend | K | T | Buy | 03/26/13 | K | | |
| 214. --Vanguard Growth ETF (VUG) | A | Dividend | | | Buy | 03/26/13 | K | | |
| 215. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 216. | | | | | Sold (part) | 07/11/13 | J | A | |
| 217. | | | | | Sold | 11/25/13 | J | A | |
| 218. --Vanguard Intermediate Term Bond ETF (BIV) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 219. | | | | | Sold | 07/11/13 | J | A | |
| 220. --Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 221. | | | | | Buy | 07/11/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. --Market Vectors EMRG MKTS Local Currency Debt ETF (EMLC) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 223. | | | | | Sold | 07/11/13 | J | A | |
| 224. --Powershares Global Exchange Traded FD TR (PCY) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 225. | | | | | Sold | 07/11/13 | J | A | |
| 226. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | | | | | |
| 227. --SPDR Barclays INTL Treasury Bond ETF (BWX) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 228. --SPDR Barclays High Yield Bond ETF (JNK) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 229. | | | | | Buy | 07/11/13 | J | | |
| 230. --Vanguard Small Cap value ETF (VBR) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 231. | | | | | Sold | 07/11/13 | J | A | |
| 232. --Emerging Global Shares Dow Jones (ECON) | A | Dividend | | | Buy | 06/07/13 | J | | |
| 233. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 234. | | | | | Sold | 11/25/13 | J | A | |
| 235. --iShares MSCI EAFE (EFA) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 236. | | | | | Sold | 07/11/13 | J | A | |
| 237. | | | | | Buy | 11/25/13 | J | | |
| 238. --iShares iBoxx $ IVT Grade CORP BD (LQD) | A | Dividend | | | Buy | 03/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 07/11/13 | J | A | |
| 240.  --iShares 20+ Year reasury Bond ETF (TLT) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 241. | | | | | Sold | 07/11/13 | J | A | |
| 242.  --iShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 243.  --iShares 3-7 Year treasury Bond ETF (IEI | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 244.  --iShares MBS ETF (MBB) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 245. | | | | | Sold | 07/11/13 | J | A | |
| 246.  --ML Bank Report Program | A | Dividend | | | | | | | See note in Part VIII. |
| 247. | | | | | Sold | 03/26/13 | L | A | |
| 248.  --iShares MSCI Emerging MKTS Index FD (EEM) | A | Dividend | | | Buy | 03/26/13 | J | | |
| 249. | | | | | Sold | 06/07/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vance, Sarah S. | 07/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

Line 12 Funds from IRRA #2, Rollover Merrill Lynch were transferred to IRA #1, Merrill Lynch on March 22, 2013, and sold on March 26, 2013.

Line 248 ML Bank Report Program omitted in error from the 2012 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sarah S. Vance**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544